# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FLORES, JR., <br><br> Petitioner, <br><br> v. <br><br> DOMINGO URIBE, JR., Warden, <br><br> Respondent. | Case No. SACV 09-1447-DMG (JEM) <br><br> **JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: April 27, 2010

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE